**No. 39900.**—Protests 631244–G, etc., of Max M. Cooper, Inc., et al. (New York).

Opinion by SULLIVAN, J. On the record presented and following *Arnhold* v. *United States* (C. D. 44) certain items were held free of duty under paragraph 1681 as claimed. McClelland, P. J., dissented.

**No. 39901.**—Protest 885832–G (B) of Chas. Kalb, Inc. (New York).

Opinion by SULLIVAN, J. On the record presented and following *Arnhold* v. *United States* (C. D. 44) certain items were held free of duty under paragraph 1681 as claimed. McClelland, P. J., dissented.

**No. 39902.**—Protests 798987–G, etc., of S. & M. Segerman (New York).

Opinion by SULLIVAN, J. On the record presented and following *Arnhold* v. *United States* (C. D. 44) certain items were held free of duty under paragraph 1681 as claimed. McClelland, P. J., dissented.

**No. 39903.**—Protests 790499–G (E), etc., of James A. Merkel (New York).

Opinion by SULLIVAN, J. On the record presented and following *Arnhold* v. *United States* (C. D. 44) certain items were held free of duty under paragraph 1681 as claimed. McClelland, P. J., dissented.

**No. 39904.**—Protests 577825–G, etc., of Jacob Benjamin et al. (New York).

Opinion by SULLIVAN, J. On the record presented and following *Arnhold* v. *United States* (C. D. 44) certain items were held free of duty under paragraph 1681 as claimed. McClelland, P. J., dissented.